**FORM 9** (Rev. 11/93)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| **In the matter of:** | Case No. 07-31110 |
| **KEMPER, JEFFERY S.** | |
| | Chapter 7 |
| | |
| | Judge  Guy R. Humphrey |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**
**AND UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The check in the amount of $1,041.73 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

4444444444444444444444444444444444444444444444444444444444444444
Creditor Name
and Address                          Claim Number            Amount of Dividend
4444444444444444444444444444444444444444444444444444444444444444
Student Loan Xpress, Inc.                 5                         $1,041.73
c/o Jennifer L. Maffett
P.O. Box 8801
Dayton, OH 45401-8801
4444444444444444444444444444444444444444444444444444444444444444

| Total Unclaimed/Small | Total Unclaimed |
|---|---|
| Dividends $25.00 or under | Dividends Over $25.00 |
| $0.00 | $1,041.73 |
| **4/17/2008** | */s/ John Paul Rieser* |
| Dated: _____ | |
| | John Paul Rieser, Case Trustee |
| | 130 W. Second St., Suite 1520 |
| | Dayton, OH 45402 |
| | Tel: (937)224-4128   Fax: (937)224-3090 |
| | tecfdesk@rieserlaw.com |

cc:  U.S. Trustee, 170 N. High St., Ste. 200, Columbus, OH  43215-2403