Form a0ndfcfl

**United States Bankruptcy Court**
**Southern District of Ohio**
**120 West Third Street**
**Dayton, OH 45402–1819**

---

In Re:  Jeffery S. Kemper

　　　　　Debtor(s)

SSN/TAX ID:
　　xxx–xx–8011

Case No.: 3:07–bk–31110

Chapter:  7

---

## NOTIFICATION OF DEFICIENCY

The following deficiency was noted in your filing:

☐ In order for this case to be administered, it is necessary to file a Chapter 13 Plan within 15 days from the filing date of your petition.

☐ The PDF document does not match the docket text. Please file an amended document. Re:

☑ For future reference, a **Motion for Unclaimed Funds** should be filed using **Bankruptcy/Motion/Unclaimed Funds**

☐ The attached PDF document is unreadable. Please file an amended document. Re:

☐ The PDF document appears to be filed in an incorrect case. Please withdraw the document and file in the correct case or file an amended document. Re:

☐ Other Deficiencies:

Dated: June 18, 2008

　　　　　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　　　Kenneth Jordan
　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court