**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: June 23, 2008**

_____
Guy R. Humphrey
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | Case No. 07-31110 |
| JEFFERY S. KEMPER | | Chapter 7 |
| Debtor | | Judge Guy R. Humphrey |

_____

**ORDER AUTHORIZING THE RELEASE OF UNCLAIMED FUNDS
TO EDUCATION LOAN SERVICING CORPORATION
DBA XPRESS LOAN SERVICING**
_____

This matter came to be heard upon the Motion of Education Loan Servicing Corporation dba Xpress Loan Servicing, fka Student Loan Xpress, Inc. for release unclaimed funds payable to Student Loan Xpress, Inc. in the amount of $1,041.73 (the "Motion").

For good cause show, pursuant to 11 U.S.C. § 347(a) and Fed. R. Bankr. P. 3010, it is hereby ORDERED, that the Clerk shall issue a check to Student Loan Xpress in the amount of $1,041.37, in payment of its dividend with respect to its allowed unsecured claim (Claim #5).

IT IS SO ORDERED.

CC:

Gary Allen Billig, Esq.
447 Nilles Road #9
Fairfield, OH 45014-2603
*Debtor's Counsel*

Jennifer L. Maffett (#0075334)
THOMPSON HINE LLP
2000 Courthouse Plaza N.E.
10 West Second Street
Dayton, Ohio 45402

John Paul Rieser, Case Trustee
130 W. Second Street, Suite 1520
Dayton, OH 45402
*Chapter 7 Trustee*

United States Trustee
170 N. High Street
Columbus OH 43215

527252

###